UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JAMES D. LYNCH,

                Plaintiff,

  - against -

MECHALY HAIM, P.V. HOLDING CORP.,
MICHAEL S. COLE and ELRAC, INC.,

                Defendants.
------------------------------------------x

08 CIV 1259
RULE 7.1
DISCLOSURE STATEMENT

CASE NO.

    The defendant, PV Holding Corp., is organized and existing by virtue of the laws of the State of Delaware and is an affiliate of Avis Budget Group, Inc., a publicly traded corporation listed on the New York Stock Exchange under ticker symbol: CAR.

Dated:  Tarrytown, New York
       February 6, 2008

                              Yours, etc.

                              REARDON & SCLAFANI, P.C.
                              Attorneys for Defendants
                              PV Holding and Haim
                              OFFICE & P.O. ADDRESS
                              220 White Plains Road, Suite 235
                              Tarrytown, New York  10591
                              (914) 366-0201

                              By: _____
                              MICHAEL V. SCLAFANI (MS 9120)