```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAMES D. LYNCH,

                          Plaintiff,            RULE 7.1
                                                DISCLOSURE STATEMENT
        - against -
                                                CASE NO.
MECHALY HAIM, P.V. HOLDING CORP.,
MICHAEL S. COLE and ELRAC, INC.,                08 CIV 1259

                          Defendants.
------------------------------------x           BRIEANT
```

The defendant, PV Holding Corp., is organized and existing by virtue of the laws of the State of Delaware and is an affiliate of Avis Budget Group, Inc., a publicly traded corporation listed on the New York Stock Exchange under ticker symbol: CAR.

Dated:  Tarrytown, New York
        February 6, 2008

                                Yours, etc.

                                REARDON & SCLAFANI, P.C.
                                Attorneys for Defendants
                                PV Holding and Haim
                                OFFICE & P.O. ADDRESS
                                220 White Plains Road, Suite 235
                                Tarrytown, New York  10591
                                (914) 366-0201

                                By: _____
                                    MICHAEL V. SCLAFANI (MS 9120)

[Stamp: FEB -7 2008 USDC WP SDNY]