*Law Offices*
# JAMES J. KILLERLANE, P.C.
175 MAIN STREET
SUITE 606
WHITE PLAINS, NY 10601

TEL. NO. (914) 948-9500

FAX NO. (914) 948-3004

lawoffice@killerlane.com

JAMES J. KILLERLANE
*Managing Attorney*
JOEL A. HIRSHFIELD

CHRISTINA M. KILLERLANE
JASON COSTANZO

*Rockland Office*
3 SANDPIPER DRIVE
WEST NYACK, NY 10994

April 17, 2008

<u>VIA FACSIMILE ONLY (914) 390-4085</u>

Hon. Charles L. Brieant, U.S.D.J.
United States Courthouse
White Plains, New York

> Application Granted
> Conference now scheduled
> for May 2, 2008 @ 9:30
> So Ordered
> 4-22-08
> Charles L. Brieant USDJ

RE: Lynch v. Haim, et al.
Docket No.: 08 Cv. ~~1259(CLB)(MDF)~~ 1259(CLB)

Dear Honorable Sir:

    Please be advised that our office just became aware today of a conference before Your Honor, scheduled for tomorrow, April 18, 2008 at 9:15 a.m. The attorneys for defendants, Haim and P.V. Holding Corp., Reardon & Sclafani, P.C., contacted our office today to advise us of the above date. Apparently, the Court sent notice of the date to their office and that office assumed that our office had also received it, which we did not. Unfortunately, due to illness and our current Court schedule, an attorney is not available for appearance tomorrow. In addition, the co-defendants, Michael S. Cole and Elrac, had not been notified of tomorrow's conference, as Reardon & Sclafani assumed we would have done that if we had received the notice.

    It is hereby respectfully requested, on consent of the parties, that the above conference be adjourned until Friday, May 2, 2008, as Friday, April 25, 2008 is the Passover Holiday. We apologize for any inconvenience and assure the Court that any error was clearly inadvertent.

    Thank you for your consideration and prompt attention to this matter. If you have any questions whatsoever, please do not hesitate to contact me.

Very truly yours,

Law Offices of James J. Killerlane, P.C.

Joel A. Hirshfield (3675)

JAH:dl

cc:    Reardon & Sclafani, P.C.
       220 White Plains Road, Suite 235
       Tarrytown, New York 10591
       <u>Fax No.: (914) 366-0022</u>

       Goldberg Segalla
       170 Hamilton Avenue, Suite 203
       White Plains, New York 10601-1717
       <u>Fax No.: (914) 798-5401</u>