UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
JAMES D. LYNCH,

                    **Plaintiff,**                          7: 08 Civ 1259 (CLB)
-against-                                            JUDGMENT

MECHALY HAIM, P.V. HOLDING CORP.,
MICHAEL S. COLE, ELRAC, INC.,

                    **Defendants.**
------------------------------------------------X
P.V. HOLDING CORP.

                    **Cross Claimant**
-against-

ELRAC, INC.
                    **Cross Defendant**
------------------------------------------------X


      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on May 2, 2008, in open court, having granted an oral motion to remand this action to State Court, it is,

      **ORDERED, ADJUDGED AND DECREED:** that the oral application to remand this action is hereby granted, the case is now remanded to state Court, and the case is hereby closed.


**DATED: White Plains, N.Y.**
             **May 07, 2008**

                                                            J. Michael McMahon, Clerk